In the Matter of the Arbitration between ROCHESTER POLICE LOCUST CLUB, INC., Appellant, and CITY OF ROCHESTER, Respondent. [885 NYS2d 698]—Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered June 24, 2008 in a proceeding pursuant to CPLR article 75. The order denied the petition and vacated the arbitration award.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on September 4, 2009,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.